UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Hunter Mountain Investment Trust et al. | § § § § | |
| *Plaintiff* | | |
| v. | § § | Case No. 3:23-cv-02071-E |
| Highland Capital Management LP et al. | § § § | |
| *Defendant* | | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Willkie Farr & Gallagher LLP                                                                                 , with offices at

1875 K Street NW
(Street Address)

Washington                               DC                      20006
(City)                                          (State)                (Zip Code)

202-303-1000                             202-303-2000
(Telephone No.)                         (Fax No.)

**II.** Applicant will sign all filings with the name  Joshua S. Levy                                    .

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

James P. Seery, Jr.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
_____

Bar license number: 1028856      Admission date: October 5, 2015

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Eastern District of New York | April 27, 2012 | Active |
| Southern District of New York | April 24, 2012 | Active |
| U.S. Court of Appeals 2d Circuit | May 18, 2017 | Active |
| New York | March 26, 2012 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| 12/1/2021 | Oto Analytics Inc. v. Capital Plus Financial, 3:21-cv-02636-B |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Omar J. Alaniz, Reed Smith LLP                                            , who has offices at

2850 N. Harwood St. Suite 1500
(Street Address)

| Dallas | TX | 75201 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 469-680-4292 | 469-680-4299 |
|---|---|
| (Telephone No.) | (Facsimile No.) |

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   17th   day of October                    , 2023       .

                                                                                    Joshua S. Levy
                                                                                    Printed Name of Applicant

                                                                                    Joshua S. Levy
                                                                                    Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Joshua S Levy

*was duly qualified and admitted on October 5, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 16, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*