**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

|  |  |  |
|---|---|---|
| _____ | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. _____ |
| | § | |
| | § | |
| _____ | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____, with offices at

_____
(Street Address)

_____     _____     _____
(City)                                            (State)                       (Zip Code)

_____     _____
(Telephone No.)                                 (Fax No.)


**II.**     Applicant will sign all filings with the name _____.


**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)




to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____, where Applicant regularly practices law.

Bar license number:_____    Admission date:_____

<table>
<tr><td>For Court Use Only.<br>Bar StatusVerified:<br><br>_____</td></tr>
</table>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

Court:                          Admission Date:                    Active or Inactive:

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                    Case No. And Style:

_SEE ATTACHED_          _____

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

_HAYWARD PLLC_ _____, who has offices at

_10501 N. Central Expy, Ste. 106_
(Street Address)

_Dallas_                         _TX_              _75231_
(City)                           (State)           (Zip Code)

_(972) 755-7100_                 _(972) 755-7110_
(Telephone No.)                  (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _24th_ day of _October_ , _2023_ .

_Jeffrey N. Pomerantz_
Printed Name of Applicant

_[signature]_
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## <u>JEFFREY N. POMERANTZ COURT ADMISSIONS</u>

**V.**      Applicant has also been admitted to practice before the following courts:

| | | |
|---|---|---|
| U.S. District Court for the Central District of California | 3/15/1990 | ACTIVE |
| U.S. District Court for the Eastern District of California | 8/23/1993 | ACTIVE |
| U.S. District Court for the Northern District of California | 4/9/1992 | ACTIVE |
| U.S. District Court for the Southern District of California | 5/16/1991 | ACTIVE |
| U.S. Court of Appeals for the 5th Circuit | 3/26/2021 | ACTIVE |
| U.S. Court of Appeals for the 9th Circuit | 12/11/1989 | ACTIVE |

## STATEMENT OF ADDITIONAL APPLICATIONS

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

James Dondero vs. Highland Capital Management, L.P., et al. Case No. 3:20-cv-03390-X

UBS Securities LLC and UBS AG, London Branch vs. Highland Capital Management, L.P., Case No. 3:20-cv-03408-G

The Dugaboy Investment Trust and Get Good Trust vs. Highland Capital Management, L.P., Case No. 3:21-cv-00261-L

Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P. vs. Highland Capital Management, L.P., Case No. 3:21-cv-00538-N

Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation Fund, and NexPoint Capital, Inc. vs. Highland Capital Management, L.P., Case No. 3:21-cv-00539-N

James Dondero vs. Highland Capital Management, L.P., Case No. 3:21-cv-00546-N

The Dugaboy Investment Trust, et al. vs. Highland Capital Management, L.P., Case No. 3:21-cv-00550-N

Charitable DAF Fund et al. vs. Highland Capital Management LP et al., Case No. 3:21-cv-00842-B

James Dondero, et al. vs. Jernigan, Case No. 3:21-cv-00879-K

Highland Capital Management, L.P. vs. NexPoint Advisors LP, Case No. 3:21-cv-00880-X

Highland Capital Management LP et al v. Highland Capital Management Fund Advisors LP, Case No. 3:21-cv-00881-X

PCMG Trading Partners XXIII LP v. Highland Capital Management LP, Case No. 3:21-cv-01169-N

The Dugaboy Investment Trust and Get Good Trust et al v. Highland Capital Management LP, Case No. 3:21-cv-01295-X

Highland Capital Management, L.P., vs. Highland Capital Management Services, Inc., Case No. 3:21-cv-01378-X

Highland Capital Management, L.P., vs. HCRE Partners, LLC n/k/a NexPoint Real Estate Partners, LLC, Case No. 21-cv-01379-X

The Charitable DAF Fund LP et al v. Highland Capital Management LP, Case No. 3:21-cv-01585-S

Dondero et al v. Highland Capital Management LP, Case No. 3:21-cv-01590-N

Charitable DAF Fund LP v. Highland Capital Management LP, Case No. 3:21-cv-01710-N

Highland Capital Management Fund Advisors L.P., and NexPoint Advisors, L.P. vs. Highland Capital Management, L.P., Case No. 3:21-cv-01895-D

The Charitable DAF Fund, L.P. et al v. Highland Capital Management LP, Case No. 3:21-cv-01974-X

Dondero et al v. Highland Capital Management LP, Case No. 3:21-cv-01979-S

The Dugaboy Investment Trust and Get Good Trust et al v. Highland Capital Management LP, Case No. 3:21-cv-02268-S

NextPoint Advisors, L.P. et al. vs. Pachulski Stang Ziehl & Jones LLP, Case No. 3:21-cv-03086-K

Highland Capital Management Fund Advisors, L.P., et al. vs. Highland Capital Management, L.P., Case No. 3:22-cv-02170-S (NDTX)

NexPoint Advisors LP, et al. vs. Highland Capital Management, L.P., Case No. 23-00573 (NDTX)

Charitable DAF Fund LP et al v. Highland Capital Management LP, Case No. 3:23-cv-01503



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

## STATE OF CALIFORNIA

### *JEFFREY NATHAN POMERANTZ*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JEFFERY NATHAN POMERANTZ, #143717, was on the 11th day of December 1989, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 10th day of October 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Biying Jia, Assistant Deputy Clerk*

