No. 3:23-cv-02071-E

In the United States District Court
For the Northern District of Texas
Dallas Division

In re Highland Capital Management, L.P.,

*Debtor.*

Hunter Mountain Investment Trust,

*Appellant*,

v.

Highland Capital Management, L.P., et al.,

*Appellees.*

Notice of Appearance of Counsel

Appeal from the United States Bankruptcy Court
for the Northern District of Texas, Case No. 19-34054-slg11,
Hon. Stacey G.C. Jernigan, Presiding

Brent R. McIlwain
Texas Bar No. 24013140
Brent.McIlwain@hklaw.com
David C. Schulte
Texas Bar No. 24037456
David.Schulte@hklaw.com
Richard B. Phillips, Jr.
Texas Bar No. 24032833
Rich.Phillips@hklaw.com
Christopher A. Bailey
Texas Bar No. 24104598
Chris.Bailey@hklaw.com
Holland & Knight LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-964-9500
Fax: 214-964-9501

Counsel for Claim Purchaser Appellees

-1-

Richard B. Phillips, Jr. of Holland & Knight LLP hereby enters his appearance as counsel for Appellees Muck Holdings, LLC; Jessup Holdings LLC; Farallon Capital Management, L.L.C.; and Stonehill Capital Management, LLC (collectively the "Claim Purchaser Appellees"). Mr. Phillips's bar and contact information appear in the signature block below.

Dated: March 6, 2024

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        By: */s/ Richard B. Phillips, Jr.*
            Brent R. McIlwain
            Texas Bar No. 24013140
            Brent.McIlwaing@hklaw.com

            David C. Schulte
            Texas Bar No. 24037456
            David.Schulte@hklaw.com

            Richard B. Phillips, Jr.
            Texas Bar No. 24032833
            Rich.Phillips@hklaw.com

            Christopher A. Bailey
            Texas Bar No. 24104598
            Chris.Bailey@hklaw.com

        1722 Routh Street, Suite 1500
        Dallas, Texas 75201
        Phone: 214-964-9500
        Fax: 214-964-9501

        **Counsel for Appellees Muck Holdings, LLC; Jessup Holdings LLC; Farallon Capital Management, L.L.C.; and Stonehill Capital Management, LLC**